

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00843-CR

Brian James **MATEW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-11-0602-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on January 3, 2020. On January 23, 2020, court reporter Maria Gallegos filed a Notification of Late Record, which stated that her portion of the transcript was complete, but she was waiting for the Atascosa County District Clerk's Office to take pictures of the trial exhibits and send them to her. On January 30, 2020, the District Clerk of Atascosa County informed this court by letter that the exhibits had been mailed to Ms. Gallegos on January 23, 2020. Ms. Gallegos is therefore ORDERED to file her portion of the reporter's record by February 13, 2020.

_Beth Watkins_
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court